ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Ameresco Select, Inc. | ) ASBCA No. 61942 |
| | ) |
| Under Contract No. N47408-00-D-8131 | ) |

APPEARANCES FOR THE APPELLANT:     James D. Bachman, Esq.
 Ron R. Hutchinson, Esq.
  Doyle & Bachman LLP
  Arlington, VA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
  Navy Chief Trial Attorney
 Robyn L. Hamady, Esq.
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 1, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61942, Appeal of Ameresco Select, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals